

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GIGI TRUMPS | CIVIL ACTION NO. 06-1651-A |
| -vs- | JUDGE DRELL |
| JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record, including the objections filed herein, and concurring in part with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the decision of the Commissioner is REVERSED and VACATED, and this case is REMANDED to the Commissioner for further proceedings in accordance with the Report and Recommendation issued herein.

SIGNED on this _9_ day of January, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE